## C. A. LANDRY v. STATE.
### No. 15381.

Court of Criminal Appeals of Texas.
May 25, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for five years.

The evidence heard in the trial court is not brought up for review. No ruling of the trial judge is assailed by bills of exception. We have been advised of no fault in the procedure which would vitiate the judgment, and have perceived none. The trial was had upon a plea of guilty.

The judgment is affirmed.